UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN ANDR'E WARREN,<br><br>       Plaintiff,<br><br>  -against-<br><br>HIP HOP HALL OF FAME,<br><br>       Defendant. | 22-CV-7874 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 27, 2023
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge